Ardell RUETHER, Appellant,

v.

Donald CATLETT, Respondent.

No. WD 38912.

Missouri Court of Appeals,
Western District.

April 14, 1987.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 2, 1987.

Ardell Ruether pro se.

William L. Webster, Atty. Gen., Deborah
Neff, Asst. Atty. Gen., Jefferson City, for
respondent.

Before GAITAN, P.J., and
SHANGLER and MANFORD, JJ.

**ORDER**

PER CURIAM.

Appeal from dismissal of action for damages for malpractice and for injunction.

Affirmed. Rule 84.16(b).